UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL MALONEY,

    Petitioner,

v.                                    Case No. 3:18cv836-LC-HTC

MARK S INCH,1

    Respondent.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 4, 2020 (ECF No. 27). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

---

1
Mark S. Inch succeeded Julie Jones as Secretary of the Florida Department of Corrections and is automatically substituted as the respondent. *See* Fed. R. Civ. P. 25(d). The clerk is directed to update the case file information to reflect Mark S. Inch as the Respondent.

Case No. 3:18cv836-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 22) is adopted and incorporated by reference in this order.

2. The petition under 28 U.S.C. § 2254, challenging the conviction in *State v. Lombardi*, 2013-CF-1131, in the First Judicial Circuit, in and for Escambia County, Florida, ECF Doc. 4, is DENIED without an evidentiary hearing.

3. A certificate of appealability is DENIED.

4. The clerk is directed to substitute Mark S. Inch as Respondent and terminate Julie Jones as Respondent.

5. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 7th day of December, 2020.

      s/*L.A. Collier*
      **LACEY A. COLLIER**
      **SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:18cv836-LC-HTC